IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02275-AP

RONALD H. HAMILTON,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Elliot L. Bloodsworth, Esq.
    Dawes and Harriss, P.C.
    572 East Third Avenue
    Durango, CO 81301
    (970) 247-4411
    (970) 247-1482 (fax)
    E-mail: Elliot.bloodsworth@dawesandharriss.com

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado  80294*
    E-mail: Teresa.Abbott@ssa.gov

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** November 13, 2006

   B.   **Date Complaint Was Served on U.S. Attorney's Office:** December 4, 2006

   C.   **Date Answer and Administrative Record Were Filed**: February 2, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   Defendant states the record is complete.
   Plaintiff states that to the best of his knowledge, the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Defendant states there is no additional evidence.
   Plaintiff states that he does not anticipate there will be any additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   Defendant and Plaintiff state that to the best of their knowledge, this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

   Defendant and Plaintiff state that there are none anticipated.

### 8.  PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** April 10, 2007

    B.    **Defendant's  Response Brief Due:**  May 10, 2007

    C.    **Plaintiff's  Reply Brief (If Any) Due:** May 25, 2007

### 9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**   Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**   Defendant does not request oral argument.

### 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 21st day of February, 2007.

                 BY THE COURT:

                 *S/John L. Kane*
                 U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/   Elliot L. Bloodsworth | TROY A. EID |
| Elliot L. Bloodsworth, Esq. | UNITED STATES ATTORNEY |
| Dawes and Harriss, P.C. | |
| 572 East Third Avenue | s/ Kurt J. Bohn |
| Durango, CO 81301 | KURT J. BOHN |
| Telephone: (970) 247-4411 | |
| Elliot.bloodsworth@dawesandharriss.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| Attorney for Plaintiff | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Teresa H. Abbott |
| | By: Teresa H. Abbott |
| | Special Assistant U.S. Attorney |
| | teresa.abbott@ssa.gov |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |