IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-2275-AP**

**RONALD H. HAMILTON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

      This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #11), filed February 27, 2007.  This Court has reviewed the file and considered the motion. It is hereby

      **ORDERED** that the motion is **GRANTED**.   This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated:  February 28, 2007

                      BY THE COURT:

                      *S/John L. Kane*
                      JOHN L. KANE, SENIOR JUDGE
                      UNITED STATES DISTRICT COURT